**Electronically Filed
Supreme Court
SCWC-22-0000272
16-MAR-2023
11:13 AM
Dkt. 21 ODAC**

SCWC-22-0000272

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN THE INTEREST OF QH

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000272; FC-S NO. 19-00164)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Eddins, JJ., and
Circuit Judge Ochiai, in place of Wilson, J., recused)

Petitioner/Father-Appellant's Application for Writ of Certiorari filed on January 19, 2023, is rejected.

DATED:  Honolulu, Hawai'i, March 16, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Dean E. Ochiai

